**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


LE DISCOUNT SEAFOOD, INC.;
NAMTHI LE; MORGAN KIRCKLAND;
TOM WADE, INC. d/b/a NAUTICAL
YACHT; and EDDIE BURGER d/b/a
H2O OUTFITTERS, on behalf of
themselves and all others similarly
situated,

      Plaintiffs,

vs.                             CASE NO. 5:10cv106/RS-MD

BP, PLC; BP AMERICA, INC.; BP
CORPORATION NORTH AMERICA,
INC.; BP COMPANY NORTH AMERICA,
INC.; ANDARKO PETROLEUM CORP.;
MOEX OFFSHORE 2007, LLC; TRANSOCEAN,
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.; TRANSOCEAN
DEEPWATER, INC.; HALLIBURTON ENERGY
SERVICES, INC.; CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; and M-I, LLC,

      Defendants.
_____/

## ORDER

      The relief requested by the Motions For Extension Of Time (Docs. 44, 45, & 48)

is **granted**.  See Order (Doc. 60).

      **ORDERED** on June 14, 2010.


          /S/ Richard Smoak_____
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**