IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LE DISCOUNT SEAFOOD, INC.,
et al., on behalf of themselves and
all others similarly situated,

    Plaintiffs,

vs.                                  CASE NO. 5:10-cv-106/RS-MD

BP, PLC, et al.,

    Defendants.
_____/

## ORDER

Plaintiffs' Motion for Emergency Relief (Doc. 21) and Plaintiff's Motion for Interim Order Regarding Preservation of Evidence (Doc. 23) are **denied.**

    **ORDERED** on June 14, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**