**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


LE DISCOUNT SEAFOOD, INC.;
NAMTHI LE; MORGAN KIRCKLAND;
TOM WADE, INC. d/b/a NAUTICAL
YACHT; and EDDIE BURGER d/b/a
H2O OUTFITTERS, on behalf of
themselves and all others similarly
situated,

      Plaintiffs,

vs.                       CASE NO. 5:10cv106/RS-MD

BP, PLC; BP AMERICA, INC.; BP
CORPORATION NORTH AMERICA,
INC.; BP COMPANY NORTH AMERICA,
INC.; ANADARKO PETROLEUM CORP.;
MOEX OFFSHORE 2007, LLC; TRANSOCEAN,
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.; TRANSOCEAN
DEEPWATER, INC.; HALLIBURTON ENERGY
SERVICES, INC.; CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; and M-I, LLC,

      Defendants.
_____/

## ORDER

     The relief requested by the Joinder Of Anadarko Petroleum Corporation and

Moex Offshore 2007 (Doc. 75) is **granted**.

     **ORDERED** on September 2, 2010.


               /S/ Richard Smoak_____
               **RICHARD SMOAK**
               **UNITED STATES DISTRICT JUDGE**